# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

|  |  |
|---|---|
| MARLENE MAUER, | No.  18-CV-2009-LTS-KEM |
| Plaintiff, | **ORDER** |
| vs. | |
| ICON HEALTH AND FITNESS, INC., | |
| Defendant. | |

_____

Plaintiff Marlene Mauer has dismissed her claims against Defendants Sears Roebuck and Co., a/k/a Sears Crossroads Center Store #1072, and Sears Home Services, LLC.  Docs. 17, 18.  Accordingly,

IT IS ORDERED the previously imposed stay (Doc. 16) is **lifted**; the case shall proceed with Plaintiff Mauer and Defendant Icon Health and Fitness, Inc.

IT IS FURTHER ORDERED counsel for these parties shall meet and confer about the necessary deadlines for the case to proceed.  On or before **April 19, 2019**, the parties shall submit to chambers (via email to ecfmail@iand.uscourts.gov):

1.      Proposed deadlines for the case, and

2.      An indication of whether the parties request a status conference with the court to discuss the proposed deadlines or other matters.

**IT IS SO ORDERED** this 4th day of April, 2019.

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa